DAVID R. FISCHER, ESQ.
Nevada Bar No. 10348
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 547-3944
Facsimile: (702) 974-1458
Email: admin@fischerlawlv.com
*Attorney for Defendant Christopher Romatko*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ROMATKO,<br><br>                    Defendant. | Case No. 2:14-cr-00310-KJD-VCF-1<br><br>**AMENDED<br>ORDER TO CONTINUE<br>SENTENCING HEARING** |

Based on the pending stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for Wednesday, February 24, 2016 at the hour of 9:00 A.M., is vacated and continued to the  26th  day of  April            , 2016 at the hour of  9:00   a .m.

SO ORDERED this   24th   day of February, 2016

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON