DAVID R. FISCHER, ESQ.
Nevada Bar No. 10348
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 547-3944
Facsimile: (702) 974-1458
Email: admin@fischerlawlv.com
*Attorney for Defendant Christopher Romatko*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ROMATKO,<br><br>    Defendant. | Case No. 2:14-cr-00310-KJD-VCF-1<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

Based on the pending stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for Tuesday, May 3, 2016 at the hour of 9:00 A.M., is vacated and continued to the <u>1st</u> day of June, 2016 at the hour of <u>9:00 a.m</u>.

SO ORDERED this <u>29</u> day of April, 2016

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON